AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| ROLEX WATCH U.S.A., INC.,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>JUODA DVORA and TAMI DVORA,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:16-CV-00206

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Juoda Dvora
> 5506 Sylvia Avenue
> Tarzana, CA 91356
>
> Tami Dvora
> 5506 Sylvia Avenue
> Tarzana, CA 91356

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anthony M. Keats
> Konrad K. Gatien
> Barak K. Kamelgard
> **STUBBS ALDERTON & MARKILES LLP**
> 1453 3rd Street Promenade, Suite 300
> Santa Monica, California 90401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____        _____

*Signature of Clerk or Deputy Clerk*